## DALY *v.* ELTON.

ERROR TO THE SUPREME COURT OF THE STATE OF CALIFORNIA.

No. 108.  Argued October 11, 12, 1904.—Decided November 14, 1904.

Decided on authority of *Dobbins* v. *Los Angeles, ante,* p. **223.**

THE facts are stated in the opinion.

*Mr. Lynn Helm* and *Mr. Edward C. Bailey,* with whom *Mr. Henry T. Lee, Mr. J. R. Scott* and *Mr. Charles W. Chase* were on the brief, for plaintiff in error.

*Mr. W. B. Mathews,* with whom *Mr. Herbert J. Goudge* was on the brief, for defendant in error.[1]

MR. JUSTICE DAY delivered the opinion of the court.

This case is practically determined by views expressed in *Dobbins* v. *The City of Los Angeles,* just decided. It was a petition for a writ of *habeas corpus* to discharge Daly from custody, in a prosecution under the ordinance under consideration in the *Dobbins* case. The prayer of the petition was denied and the writ discharged. *In re Daly,* 139 California,

---

[1] This case was argued simultaneously with the preceding case and for abstracts of arguments, see *ante,* p. 226.

216.   Under the California practice, in the absence of issue joined the allegations of the petition are taken as true and the facts alleged therein are taken as admitted.  *In re Smith,* 77 Pac. Rep. 180.  The petition made allegations attacking the ordinance which, if true, would render it invalid for the reasons stated in the *Dobbins* case, *supra,* and the petitioner upon the record made should have been discharged from custody.

> *It is therefore ordered that the judgment of the Supreme Court of California be reversed and the cause remanded for further proceedings not inconsistent with the views announced in the Dobbins case, supra.*